BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant CARRILLO-PINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>  )<br>EFREN CARRILLO-PINA,  )<br>  )<br>  Defendant.  )<br>  )<br>_____ ) | No.   CR-10-00810-SBA<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 1, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [PROPOSED] ORDER<br><br>Hearing Date: February 1, 2011<br>Time:            9:30 a.m. |

The above-captioned matter is set on February 1, 2011 before this Court for a status hearing. The parties jointly request that the Court continue the matter to March 1, 2011 at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between February 1, 2011 and March 1, 2011.

On November 4, 2010, the Grand Jury charged Mr. Carrillo-Pina with illegal reentry following deportation, in violation of 8 U.S.C. §1326. If convicted, Mr. Carrillo-Pina faces a statutory maximum of 20 years imprisonment.

The current status of the case is that the parties are negotiating this matter and anticipate that there will be a negotiated disposition of the case. In the meantime, the government has produced discovery to the defense and defense counsel needs additional time to review and

1  process the discovery provided.  The defense also requires additional time to complete its

2  investigation of the circumstances of the offense and to assess and confirm Mr. Carrillo-Pina's

3  Guidelines range.

4      The requested continuance will allow the defense to complete its review of the discovery,

5  to investigate the underlying facts of the case, and to research and to confirm Mr. Carrillo-Pina's

6  Guidelines range.  For this reason, the parties agree that the failure to grant this continuance

7  would unreasonably deny counsel for defendant the reasonable time necessary for effective

8  preparation, taking into account the exercise of due diligence.

9      The parties further stipulate and agree that the ends of justice served by this continuance

10 outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the

11 parties agree that the period of time from February 1, 2011 to March 1, 2011, should be excluded

12 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and

13 (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due

14 diligence.

15 DATED: January 27, 2011　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　　　　TREVOR RUSIN
16 　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

17

18 DATED: January 27, 2011　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　　　　ANGELA M. HANSEN
19 　　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

Stip. Req. To Continue Hearing Date and to
Exclude Time, CR-10-00810-SBA            2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given defense counsel's need to complete its review the discovery;

2. Given that the defense needs additional time to investigate the underlying facts of the case, to review records and to research defendant's sentencing Guidelines range;

3. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, it is ordered that the status hearing date of February 1, 2011, scheduled at 9:30 a.m., is vacated and reset for March 1, 2011, at 9:30 a.m., before the sitting United States Magistrate Judge. It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from February 1, 2011 to March 1, 2011.

January 31, 2010

DONNA M. RYU
United States Magistrate Judge