| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | ANGELA M. HANSEN |
|   | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
|   | Oakland, CA 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Defendant CARRILLO-PINA |

**FILED**

MAR 17 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR-10-00810-SBA |
|   | ) |   |
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
|   | ) | HEARING DATE TO APRIL 12, 2011 |
| v. | ) | AND TO EXCLUDE TIME UNDER THE |
|   | ) | SPEEDY TRIAL ACT AND [PROPOSED] |
|   | ) | ORDER |
| EFREN CARRILLO-PINA, | ) |   |
|   | ) | Hearing Date: March 23, 2011 |
| Defendant. | ) | Time:             9:30 a.m. |
|   | ) |   |
|   | ) | **The Honorable Donna M. Ryu** |

The above-captioned matter is set on March 23, 2011, before this Court for a status hearing. The parties jointly request that the Court continue the matter to April 12, 2011, at 9:00 a.m., before the Honorable Saundra Brown Armstrong, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between March 23, 2011 and April 12, 2011.

On November 4, 2010, the Grand Jury charged Mr. Carrillo-Pina with illegal reentry following deportation, in violation of 8 U.S.C. §1326. If convicted, Mr. Carrillo-Pina faces a statutory maximum of 20 years imprisonment.

The current status of the case is that the parties are negotiating this matter and anticipate that there will be a negotiated disposition of the case. In the meantime, the government has

Stip. Req. To Continue Hearing Date and to
Exclude Time, CR-10-00810-SBA

1  produced discovery to the defense and defense counsel needs additional time to review and
2  process the discovery provided.  The defense also requires additional time to complete its
3  investigation of the circumstances of the offense and to assess and confirm Mr. Carrillo-Pina's
4  Guidelines range.

5  The requested continuance will allow the defense to complete its review of the discovery,
6  to investigate the underlying facts of the case, and to research and to confirm Mr. Carrillo-Pina's
7  Guidelines range.  For this reason, the parties agree that the failure to grant this continuance
8  would unreasonably deny counsel for defendant the reasonable time necessary for effective
9  preparation, taking into account the exercise of due diligence.

10  The parties further stipulate and agree that the ends of justice served by this continuance
11  outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the
12  parties agree that the period of time from March 23, 2011 to April 12, 2011, should be excluded
13  in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and
14  (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due
15  diligence.

DATED: March 16, 2011                           /S/
                                                TREVOR RUSIN
                                                Assistant United States Attorney


DATED: March 16, 2011                           /S/
                                                ANGELA M. HANSEN
                                                Assistant Federal Public Defender

Stip. Req. To Continue Hearing Date and to Exclude Time, CR-10-00810-SBA

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given defense counsel's need to complete its review the discovery;

2. Given that the defense needs additional time to investigate the underlying facts of the case, to review records and to research defendant's sentencing Guidelines range;

3. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, it is ordered that the status hearing date of March 23, 2011, scheduled at 9:30 a.m., is vacated and reset for April 12, 2011, at 9:00 a.m., before the Honorable Saundra Brown Armstrong. It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from March 23, 2011 to April 12, 2011.

March 17, 2011

DONNA M. RYU
United States Magistrate Judge

3