BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant CARRILLO-PINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00810-SBA |
|---|---|---|
| Plaintiff, | ) ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 20, 2011 FOR |
| v. | ) ) | JUDGMENT AND SENTENCING AND TO EXCLUDE TIME UNDER THE |
| EFREN CARRILLO-PINA, | ) ) ) | SPEEDY TRIAL ACT AND ORDER |
| Defendant. | ) ) | Hearing Date: April 12, 2011 Time: 10:00 a.m. |
| | ) ) | |

The above-captioned matter is set on April 12, 2011 before this Court for status. The parties jointly request that the Court continue the matter to July 20, 2011, at 10:00 a.m., for judgment, plea and sentencing, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), between the date of this stipulation and July 20, 2011.

Mr. Carrillo-Pina is charged under 8 U.S.C. § 1326 as a deported alien found in the United States. The parties have reached a Federal Rule of Criminal Procedure 11(c)(1)(C) plea agreement in which the parties agree to a 4-level reduction in Mr. Carrillo-Pina's offense level pursuant to the government's early disposition program ("fast-track" program).

The parties request that the Court take the parties' proposed plea agreement under submission and, because it is a "fast-track" agreement, request that the Court refer this matter to

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-10-00810 SBA

1  the United States Probation Office for a *criminal history only* pre-sentence investigation.

2      If the Court agrees to take the parties' proposed agreement under submission, the parties

3  agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(G) based on the Court's

4  consideration of the proposed plea agreement to be entered into by the defendant and the

5  attorney for the government. A copy of the proposed plea agreement and Mr. Carrillo-Pina's

6  signed consent to institute a pre-plea investigation will be submitted together with the Court's

7  courtesy copy of this stipulation. These documents will not be e-filed.

8

9  DATED: April 11, 2011                         /S/
                                                JENNIFER GASPAR

10                                                 Assistant United States Attorney

11

   DATED: April 11, 2011                         /S/

12                                                 ANGELA M. HANSEN
                                                Assistant Federal Public Defender

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1 **ORDER**

2    Based on the reasons provided in the stipulation of the parties above, the Court hereby

3 FINDS:

4    1.    Given that the parties have reached a Rule 11(c)(1)(C) agreement and have

5 submitted that agreement to the Court for consideration;

6    2.    Given that Mr. Carrillo-Pina has signed a consent to institute a pre-sentence

7 investigation and to disclose the report before his plea of guilty;

8    3.    Given that the parties' plea agreement contemplates a "fast-track" illegal reentry

9 disposition; and

10    4.    Given that the Court will take the proposed plea agreement under submission

11 until the United States Probation Office can prepare a Presentence Investigation Report;

12    Based on these findings, IT IS HEREBY ORDERED that this matter is referred to the

13 United States Probation Office to prepare a *criminal history only* pre-plea Presentence

14 Investigation Report.  IT IS FURTHER ORDERED that the status hearing set for April 12, 2011,

15 scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and this

16 matter is reset to July 20, 2011, at 10:00 a.m., for judgment, plea and sentencing.

17    IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C.

18 § 3161(h)(1)(G), from the date of this Stipulation to July 20, 2011, based on the Court's

19 consideration of the proposed plea agreement to be entered into by the defendant and the

20 attorney for the government.

21

22 DATED:4/12/11                              _____
                                              HON. SAUNDRA BROWN ARMSTRONG
23                                            United States District Judge

24

25

26